**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | |
|---|---|
| DENNIS CANADA, § § § Plaintiff, § § v. § § S. YOUNG, WARDEN AT FCI; § § Defendant. § | **CIVIL ACTION NO.** 5:16-CV-00017-RWS |

**MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Petitioner Dennis Canada, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The Court referred this matter to United States Magistrate Judge Caroline M. Craven pursuant 28 U.S.C. § 636. On February 7, 2017, the Magistrate Judge issued a Report and Recommendation recommending that the petition be denied and dismissed. Docket No. 13. No objections have been filed.

The Magistrate Judge's February 7 Order was mailed to Petitioner's last known address but was returned as undeliverable. Docket No. 13. Plaintiff is a *pro se* litigant, and, under the Local Rules of the Eastern District of Texas, *pro se* litigants must provide the Court with a physical address and are "responsible for keeping the clerk advised in writing of the current physical address." Local Rule CV-11(d). To date, Plaintiff has not updated his address with the Court or filed a response to the motion. A document enclosed with the returned mail indicates that Petitioner was released from custody of August 5, 2016. Docket No. 13 at 3.

Because Plaintiff did not file objections to the Report and Recommendation, this Court reviews the Magistrate Judge's findings of fact and conclusions of law for clear error. *Rodriguez v. Bowen*, 857 F.2d 275, 276-77 (5th Cir. 1988). This Court agrees with the Magistrate Judge that Petitioner's total time of confinement has not been extended, as he has all received credit towards his time in federal custody to which he is entitled. Accordingly, the Court hereby **ADOPTS** the Report of the United States Magistrate Judge as that of this Court. It is hereby **ORDERED** that Dennis Canada's petition for writ of habeas corpus is **DENIED**.

**SIGNED this 13th day of March, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE